UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-504 |
| v. | : | |
| | : | |
| CHRISTOPHER PARRIS | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF CASE TRANSFER

The United States hereby notifies the Court that this case has been transferred to the United States District Court for the Western District of New York for plea and sentencing pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:           /s/
Peter Lallas
Assistant United States Attorney
New York Bar No. 4290623
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6879
Peter.lallas@usdoj.gov